# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | No. |
| ) | |
| **DIMITRIS DEWAYNE HECKSTALL**  ) | |

## <u>INFORMATION</u>

**<u>COUNT ONE</u>:** **[18 U.S.C. § 922(o)(1) and 924(a)(2)]**

The United States charges that:

On or about the 4th day of July 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DIMITRIS DEWAYNE HECKSTALL,**

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## <u>NOTICE OF FORFEITURE</u>
## <u>[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]</u>

1. The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging

forfeitures to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of any offense charged in Count One of this Information, the defendant, **DIMITRIS DEWAYNE HECKSTALL**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms, magazines, and ammunition involved in or used in the commission of the offenses, including, but not limited to**, a Glock 9mm pistol, bearing serial number NMZ954.**

PRIM F. ESCALONA
United States Attorney

<u>/s/Electronic Signature</u>
JONATHAN S. CROSS
Assistant United States Attorney