FILED
2023 Sep-14  PM 04:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:23-cr-296-ACA-GMB |
| Dimitris Dewayne Heckstall | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  8-25-23

*Defendant's signature*

*Signature of defendant's attorney*

L. DALE JONES

*Printed name of defendant's attorney*

*Judge's signature*

USMJ Guy Bach

*Judge's printed name and title*